■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JALMAR AGUERO, Appellant. [759 NYS2d 865] —Judgment, Supreme Court, New York County (William Wetzel, J.), rendered September 24, 2001, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 4½ years to life, unanimously affirmed.

Since defendant knowingly, intelligently and voluntarily

pleaded guilty, he may not now challenge the sufficiency of the evidence against him (*see People v Taylor*, 65 NY2d 1 [1985]).

We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Tom, Andrias and Lerner, JJ.